# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3360
LT Case No. 2013-CF-001432-A
_____

LAMAR BERNARD BURNO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Lamar Bernard Burno, Elizabethtown, NC, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

April 9, 2026


PER CURIAM.

    AFFIRMED.


JAY, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____